## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIME WARNER ENTERTAINMENT-**<br>**ADVANCE/NEWHOUSE**<br>**PARTNERSHIP,** | ) ) ) | |
| | ) | **8:04CV219** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) ) | |
| **CITY OF LINCOLN, NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' JOINT MOTION TO EXTEND STAY AND CONTINUE THE STATUS CONFERENCE (Filing 74).  For good cause shown,

**IT IS ORDERED** that the motion (Filing 74) is granted, as follows:

1. The stay previously entered is extended through July 5, 2005; and

2. The planning conference now set for May 9, 2005 is continued to **July 11, 2005 at 9:30 a.m.**

**DATED May 4, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**