# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TIME WARNER ENTERTAINMENT-** ) <br> **ADVANCE/NEWHOUSE PARTNERSHIP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **CITY OF LINCOLN,** ) <br> ) <br> **Defendant.** ) <br> ) | **8:04CV219** <br><br><br><br> **ORDER** |

This matter is before the court on the parties' JOINT MOTION TO EXTEND STAY AND CONTINUE THE STATUS CONFERENCE (Filing 76). For good cause shown,

**IT IS ORDERED** that the motion (Filing 74) is granted, as follows:

1. The stay previously entered is extended through **September 30, 2005**; and

2. The planning conference now set for July 11, 2005 is continued to **September 30, 2005 at 9:30 a.m.**

**DATED July 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**