IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, | ) ) ) ) | Case No. 8:04CV219 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| CITY OF LINCOLN, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Withdraw Summary Judgment Motions and Continue Status Conference. (Filing No. 78). For good cause shown, the Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

The Joint Motion to Withdraw Summary Judgment Motions and to Continue the Status Conference (Filing No. 78) is granted as follows:

1. The plaintiff's motions for summary judgment (Filings No. 69 and 70) are dismissed without prejudice to the plaintiff's right to refile the motions in the event that settlement negotiations are unsuccessful;

2. The parties' request to extend the stay is granted, and the stay shall be extended until Thursday, December 29, 2005; and

3. The planning conference currently scheduled for Friday, September 30, 2005, at 9:30 a.m. shall be continued until Thursday, December 29, 2005, at 9:00 a.m..

Dated this 27th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge