IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, | ) ) ) ) | Case No. 8:04cv219 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| CITY OF LINCOLN, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by David Buntain, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **January 13, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for December 29, 2005, is cancelled upon the representation that this case is settled.

Dated: December 14, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge