IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP | ) ) ) ) | Case No. 8:04CV219 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| CITY OF LINCOLN, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the parties' Joint Stipulation and Motion to Dismiss (Filing No. 81). The motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The joint motion (Filing No. 81) is granted; and

2. The Complaint and all claims in this matter are dismissed without prejudice, each party to bear its own costs.

Dated this 18th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

L0677509.1